IN THE UNITED STATES DISTRICT COURT FOR THE
NORTHERN DISTRICT OF FLORIDA
TALLAHASSEE DIVISION


DAVID SMITH,

       Plaintiff,

v.                                   CASE NO. 4:05-cv-00292-MP-EMT

US DISTRICT COURTHOUSE JUDGES AND CLERK,
et al.,

       Defendants.

_____/

## O R D E R

      This matter is before the Court on Doc. 31, the Report and Recommendation of the Magistrate Judge, recommending that this cause be dismissed without prejudice pursuant to 28 U.S.C. § 1915A(b)(1).  Also pending are a motion for preliminary injunction and two emergency motions.  The plaintiff filed objections to the Report and Recommendation, which the Court has reviewed.  The undersigned agrees with the Magistrate Judge that plaintiff failed to disclose the existence of a prior federal case he had filed which challenged the conditions of his confinement and which was dismissed as frivolous.  Plaintiff offers no evidence that he faces a risk of immediate physical injury in his complaint, motion for preliminary injunction or his emergency motions.  Accordingly, it is hereby

      **ORDERED AND ADJUDGED:**

      1.      The Report and Recommendation of the Magistrate Judge is adopted and incorporated herein.  Plaintiff's motions (docs. 26, 32 and 34) are denied, this action is dismissed, and the clerk is directed to close the file.

      **DONE AND ORDERED** this _10th_ day of February, 2006

          *s/Maurice M. Paul*
          Maurice M. Paul, Senior District Judge